UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:19cr39/LC/MAL
 3:23cv103/LC/MAL

KEVIN A. PEAVY, JR.
_____/

**ORDER**

On December 24, 2024, the magistrate judge issued a Report and Recommendation concluding that the Government's Motion to Dismiss Defendant's Amended Motion to Vacate Sentence Under 28 U.S.C. § 2255 should be granted and the amended motion should be dismissed as untimely. ECF No. 44. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 44) is adopted and incorporated by reference in this order.

2. The Government's Motion to Dismiss (ECF No. 42) is **GRANTED.**

3. Defendant's Amended Motion to Vacate Sentence Under 28 U.S.C. §

2255 (ECF No. 39) is **DISMISSED as untimely.**

    4.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of January, 2025.

        s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**